# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D18-3909
1D18-4797

_____

COVENANT HOSPICE, INC.,

    Appellant,

    v.

AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
Yolanda Y. Green, Judge.

October 28, 2019

PER CURIAM.

    AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

J. Nixon Daniel and Terri L. Didier of Beggs & Lane, RLLP, Pensacola, for Appellant.

M. Drew Parker and Angela D. Miles of Radey Law Firm, Tallahassee, for Appellee.